**Order entered February 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00260-CR

**GARY DON JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-71278-K**

## ORDER

On January 6, 2014, this Court ordered court reporter Akilah Welborn to file the reporter's record of the January 22, 2013 adjudication hearing by January 21, 2014. To date, Ms. Welborn has neither filed the record nor communicated with the Court regarding the status of the record. The appeal cannot proceed until the reporter's record of the January 22, 2013 hearing is filed.

Accordingly, this Court **ORDERS** court reporter Akilah Welborn to file, by **FEBRUARY 18, 2014**, the reporter's record of the January 22, 2013 adjudication hearing. Because the record is already eleven months overdue and Ms. Welborn has failed to comply with our previous order, we further **ORDER** that Akilah Welborn not sit as a court reporter until she has filed the reporter's record of the January 22, 2013 adjudication hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; the Dallas County Auditor's Office, and to counsel for all parties.

We **ORDER** the Clerk to send a copy of this order, by first-class mail, to Akilah Welborn, 6909 Westside Place, Sachse, Texas 75048.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE